## SHUMWAY v. LEAKEY.

### No. 11,103; August 25, 1886.

11 Pac. 839.

**New Trial—Conflict of Evidence.—A New Trial Asked for on the Ground** of insufficiency of the evidence to sustain the verdict will be refused if the evidence is conflicting on every material point.

APPEAL from Superior Court, County of Lassen.

Action for the possession of goods, or their value, and for damages for their detention. The case was tried before a jury, and verdict rendered for defendant. Plaintiff moved for a new trial on the ground that the verdict was not justified by the evidence. The court denied the motion for a new trial on the ground that the record disclosed the fact that the evidence was conflicting on material issues, and that where such conflict exists the verdict of the jury ought not to be disturbed. From the order denying the new trial plaintiff appealed.

A. L. Shinn and J. D. Goodwin for appellant; E. V. Spencer for respondent.

By the COURT.—The evidence is conflicting on every material point. Therefore we can find no error in denying the motion for a new trial; nor do we find any error in the record.

Judgment and order affirmed.